**FILED**

APR 1 4 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:26-cr-042 |
|  | ) |  |
| v. | ) | INDICTMENT |
|  | ) |  |
| GREGORY ALLEN WARNKE, | ) | T. 18 U.S.C. § 922(g)(1) |
| also known as, "Greg Leeds," | ) | T. 18 U.S.C. § 924(a)(8) |
|  | ) | T. 18 U.S.C. § 924(d) |
| Defendant. | ) | T. 21 U.S.C. § 841(a)(1) |
|  | ) | T. 21 U.S.C. § 841(b)(1)(A) |
|  | ) | T. 21 U.S.C. § 846 |
|  | ) | T. 21 U.S.C. § 851 |
|  | ) | T. 21 U.S.C. § 853 |
|  | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Conspiracy to Distribute a Controlled Substance)

From a date unknown, but by at least July 2025, and continuing until February 2, 2026, in the Southern District of Iowa, the defendant, GREGORY ALLEN WARNKE, also known as, "Greg Leeds," conspired, with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

1

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Distribution of a Controlled Substance)

On or about December 8, 2025, in the Southern District of Iowa, the defendant, GREGORY ALLEN WARNKE, also known as, "Greg Leeds," knowingly and intentionally distributed a controlled substance, namely: 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Possession with Intent to Distribute a Controlled Substance)

On or about February 2, 2026, in the Southern District of Iowa, the defendant, GREGORY ALLEN WARNKE, also known as, "Greg Leeds," knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>
**(Felon in Possession of a Firearm)**

On or about February 2, 2026, in the Southern District of Iowa, the defendant, GREGORY ALLEN WARNKE, also known as, "Greg Leeds," in and affecting commerce, knowingly possessed a firearm, namely: a loaded, Century Arms, nine millimeter handgun, with serial number T6472-21 AP 10526. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**THE GRAND JURY FINDS:**

## PRIOR CONVICTION

Prior to the commission of the offenses charged in Counts 1, 2, and 3 of this Indictment, the defendant, GREGORY ALLEN WARNKE, also known as, "Greg Leeds," was convicted of Conspiracy to Manufacture Methamphetamine, a Class C Felony, in violation of Iowa Code Section 124.401(1)(c)(6), in Jefferson County, Iowa, case number FECR003946, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offenses.

This is pursuant to Title 21, United States Code, Section 851.

4

**THE GRAND JURY FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

That upon conviction of the offenses set forth in Counts 1, 2, and 3 of this Indictment, the defendant, GREGORY ALLEN WARNKE, also known as, "Greg Leeds," shall forfeit, to the United States, the following:

A. **<u>Proceeds.</u>** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **<u>Facilitation.</u>** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to: a loaded, Century Arms, nine millimeter handgun, with serial number T6472-21 AP 10526, seized from a residence in Jefferson County, Iowa, on February 2, 2026.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

THE GRAND JURY FURTHER FINDS:

<u>NOTICE OF FORFEITURE</u>

Upon conviction for the offense alleged in Count 4 of this Indictment, the defendant, GREGORY ALLEN WARNKE, also known as, "Greg Leeds," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearm identified in Count 4 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

David C. Waterman
United States Attorney

By: _____ FOR
Mallory E. Weiser
Assistant United States Attorney

6