IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 4:26-cr-042 |
| | ) | |
| v. | ) | |
| | ) | DEFENDANT'S UNRESISTED MOTION |
| GREGORY ALLEN WARNKE, | ) | TO CONTINUE TRIAL AND ALL |
| | ) | PRETRIAL DEADLINES |
| Defendant. | ) | |

COMES NOW, the defendant, Gregory Warnke, through counsel, and moves to continue the trial currently scheduled for June 1, 2026, and to extend all associated pretrial deadlines. In support of this motion, counsel states:

1.    Gregory Warnke is charged in an indictment with conspiracy to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A) (count one); distribution of 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine on or about December 8, 2025, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A) (count two); possession with intent to distribute 50 grams or more of methamphetamine on or about February 2, 2026, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A) (count three); and felon in possession of a firearm on or about February 2, 2026, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (count four). The indictment also contains a notice of prior serious drug felony conviction, pursuant to 21 U.S.C. § 851, and notices of forfeiture pursuant to 21 U.S.C. § 853, Rule 32.2(a) of the Federal Rules of Criminal Procedure, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2.      This is a new case, with Mr. Warnke having been arraigned on the indictment on April 17, 2026.   The discovery process is ongoing, discovery is somewhat voluminous, and more time is needed to investigate the case.   Under the circumstances, the parties believe a continuance to or near the trial setting beginning November 30, 2026, should be sufficient time for investigation in the case to be completed, and for the case to either be resolved by plea agreement or be ready to proceed to trial.

3.      Counsel for the government, Assistant United States Attorney Mallory Weiser, does not resist this motion.

4.      Because the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, the period would be excludable time for speedy trial purposes.   Counsel has discussed a continuance of the trial setting with Mr. Warnke, and believes he understands that the grant of this motion means the trial and associated deadlines will be moved to a later date, and that the speedy trial clock will be tolled in the interim.

5.      Mr. Warnke is currently detained at the Polk County Jail.

6.      Trial in this matter has not previously been continued.   This is the first motion to continue trial filed in this case.

WHEREFORE, defendant Gregory Warnke requests that the Court grant this motion and continue the current trial date to or near the trial setting beginning November 30, 2026, and that the plea entry and other motion deadlines be extended accordingly.

Respectfully submitted,

 /s/ *Joseph Herrold*
Joseph Herrold , Assistant Federal Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: joe_herrold@fd.org
ATTORNEY FOR THE DEFENDANT


CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, I electronically filed this document with the Clerk of Court using the ECF system, which will serve it on the appropriate parties.

 /s/ *Morgan Conn*, Paralegal