**United States District Court for the Southern District of Iowa**

Presiding: Honorable Helen C. Adams, U.S. Magistrate Judge
Criminal No. 4:26-cr-00042-RGE-HCA : Clerk's Court Minutes – Plea

---

United States of America :
vs. :
Gregory Allen Warnke : :

Gov. Atty(s): Mallory E. Weiser
Def. Atty(s): Joseph D. Herrold
Court Reporter: Kelli Mulcahy
Interpreter: N/A

---

Date: September 21, 2026 :
Time Start: 1:59 p.m. :
Time End: 2:29 p.m. :

✔ Indictment Superseding Indictment Information
In 4 Count(s) – Code Violation:

Ct. 1 - 21:841(a)(1), 841(b)(1)(A), 846, 851 Conspiracy to Distribute a Controlled Substance
Ct. 4 - 18:922(g)(1), 924(a)(8) Felon in Possession of a Firearm

Certified/Language Skilled interpreter sworn
- ✔ Consent to magistrate accepted
- ✔ Defendant sworn
- ✔ Defendant advised of potential perjury charges
- ✔ Plea agreement filed/to be filed
  - ✔ Defendant understands
  - ✔ Defendant agrees
  - There is no plea agreement to file
- ✔ Defendant advised of nature of charges
- ✔ Defendant advised of elements
- ✔ Defendant satisfied with attorney
- ✔ Defendant advised of penalties
  - ✔ Maximum fine/incarceration
  - ✔ Mandatory minimum fine/incarceration
  - ✔ Forfeiture/restitution
  - ✔ Supervised release
    - ✔ Maximum
    - ✔ Mandatory minimum
  - ✔ Mandatory Special Assessment
- ✔ No promises made regarding sentence
- ✔ Defendant advised of sentencing guidelines
- ✔ Defendant waives rights to jury trial
- ✔ Defendant advised of right to persist in not guilty plea

Defendant plea of guilty to Count(s): 1,4

Court findings:
✔ Factual basis ✔ Voluntariness ✔ Competency to Plea

✔ Court will file a Report and Recommendation that the defendant's plea be accepted as of the date of this hearing

✔ Counsel informed they have 14 days to file any objection to Report and Recommendation

Court accepts plea
Court rejects plea
Offense Conduct Statement due: To be set by further order
PSR to be disclosed to counsel: To be set by further order
Objections to PSR due: To be set by further order
Applicability of advisory guideline to the Court due: 10 days before sentencing
Sentencing date: February 4, 2027 at 10:00 a.m.
Before: The Honorable Rebecca Goodgame Ebinger
In: Des Moines Courthouse Rm: 410
Custody status:
✔ Detention
Bond

---

Additional Information:

/s/A. Burns
Deputy Clerk