IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GREGORY ALLEN WARNKE,<br>Defendant. | **No. 4:26-cr-00042-RGE-HCA**<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S GUILTY PLEA** |

On April 14, 2026, an Indictment was filed against Defendant Gregory Allen Warnke, charging Defendant with Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A), and 846 (Count 1); Distribution of a Controlled Substance (Count 2) and Possession with Intent to Distribute a Controlled Substance (Count 3), in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A); and Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(8) (Count 4). Sealed Indictment, ECF No. 1. On September 21, 2026, Defendant appeared before United States Magistrate Judge Helen C. Adams and entered a plea of guilty to Count 1 and Count 4 of the Indictment. Plea Hr'g Mins., ECF No. 29. On this same date, the magistrate judge filed a Report and Recommendation, which recommends that Defendant's guilty plea be accepted. ECF No. 31. No objections to the Report and Recommendation were filed. The Court, therefore, undertakes the necessary review of the recommendation to accept Defendant's plea in this case.

The standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1). In this case, no objections have been filed, and it appears to the Court upon review of the Report and Recommendation that there is no ground to reject or modify the Report and Recommendation. Therefore, the Court accepts the Report and Recommendation of September 21, 2026, and accepts Defendant's plea of guilty in this case to Count 1 and Count 4 of the Indictment.

**IT IS SO ORDERED.**

Dated this 6th day of October, 2026.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE